IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WILLIAMS,

        Plaintiff,

  v.

JOE MCGRATH, et al.,

        Defendants.
                                 /

No. CV-04-5069 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendant's motion to dismiss the complaint if hereby GRANTED, and the above-titled action is hereby DISMISSED without prejudice to plaintiff's refiling his claims after all available administrative remedies have been exhausted.

Dated: October 15, 2007

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk